```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SEANA HENRY,                                                :
                                                            :
                                                            :
                              Plaintiff,                    :
                                                            :          20-cv-6133 (VSB)
            - against -                                     :
                                                            :               ORDER
                                                            :
                                                            :
STEVEN GERSHAN, JAMES KIM and                               :
DREAM NJ, INC.,                                             :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On December 22, 2020, I issued an order directing Plaintiff Seana Henry to file and serve, by January 11, 2021, an affidavit giving the details necessary under relevant case law to demonstrate her domicile at the time she commenced this action and at the time of removal to this Court. (Doc. 11.) Plaintiff has failed to file this affidavit.

I also directed Defendants James Kim and Dream NJ, Inc. ("Dream") to file and serve affidavits sufficient to demonstrate the domiciles of Defendants Kim and Steven Gershan, and to establish Dream's place of incorporation and principal place of business. (*Id.*) Defendants Kim and Dream timely compiled; however, they were unable to establish the domicile of Defendant Gershan. (*See* Doc. 12.) Therefore, Defendant Gershan should file and serve an affidavit giving the details necessary under relevant case law to demonstrate his domicile at the time this action was commenced and at the time of removal to this Court.

Accordingly, it is hereby:

ORDERED that on or before January 22, 2021, Plaintiff is directed to file and serve an affidavit giving the details necessary under relevant case law to demonstrate her domicile at the

time she commenced this action and at the time of removal to this Court.

    IT IS FURTHER ORDERED that on or before January 22, 2021, Defendant Gershan is directed to file and serve an affidavit giving the details necessary under relevant case law to demonstrate his domicile at the time this action was commenced and at the time of removal to this Court.

    IT IS FURTHER ORDERED that on or before January 19, 2021, Defendants Kim and Dream are directed to serve Defendant Gershan's counsel with a copy of this order.

SO ORDERED.

Dated: January 15, 2021
      New York, New York

_____
Vernon S. Broderick
United States District Judge