```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
SEANA HENRY,                                           :
:
                   Plaintiff,       :
:         20-cv-6133 (VSB)
      - against -                               :
:         **ORDER**
:
STEVEN GERSHAN, JAMES KIM and                          :
DREAM NJ, INC.,                                        :
:
                 Defendants.      :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff's letter dated March 5, 2021, (Doc. 21), Defendant Steven Gershan's letter dated March 8, 2021, (Doc. 22), and Defendants James Kim and Dream NJ, Inc.'s ("Dream") letter dated March 8, 2021, (Doc. 23). To resolve this issue, I would like some additional information. Defendant Gershan is directed to provide the Court with a stamped copy of his motion for summary judgment in New York Supreme Court Bronx County, indicating when said motion was filed. Defendants Kim and Dream are directed to provide the Court with a stamped copy of their notice of removal filed in New York Supreme Court Bronx County, indicating when said notice was filed. Finally, the parties are directed to provide the Court with a copy of the docket sheet from New York Supreme Court Bronx County.

      ORDERED that on or before March 18, 2021, Defendant Gershan provide the Court with a stamped copy of his motion for summary judgment in New York Supreme Court Bronx County, indicating when said motion was filed.

      IT IS FURTHER ORDERED that on or before March 18, 2021, Defendants Kim and Dream provide the Court with a stamped copy of their notice of removal filed in New York

Supreme Court Bronx County, indicating when said notice was filed.

IT IS FURTHER ORDERED that on or before March 18, 2021, the parties provide the Court with a copy of the docket sheet from New York Supreme Court Bronx County.

SO ORDERED.

Dated: March 12, 2021
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge